UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellen Abram,<br><br>Plaintiff,<br><br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br><br>Defendants. | Case Type: ERISA<br><br>Civil File No. 0: 01CV1656 (JMR/FLN)<br><br>**STIPULATION AND ORDER FOR STAY OF DISCOVERY** |

**STIPULATION**

WHEREAS, the Defendants have moved for summary judgment on all counts of the Complaint;

WHEREAS, the Defendants have argued in their summary judgment motions that (a) this case involves the Court's review under a deferential, abuse of discretion standard of an ERISA Plan Administrator's decision to deny long-term disability benefits to Plaintiff; (b) the Court is limited to reviewing the written administrative record before the Plan Administrator when the Administrator made its decision to deny benefits in order to determine if the Administrator's decision was reasonable or an abuse of its discretion; and (c) for the foregoing reasons, no additional discovery is needed beyond Defendants' production of the written administrative record (which has been produced) before the entry of summary judgment;

WHEREAS, the Plaintiff's response to the Defendants' summary judgment motions may include a challenge to the Defendants' position regarding the appropriate standard of review and need for additional discovery, but Plaintiff agrees that judicial economy warrants a stay of

FEB 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery pending the Court's ruling on the Defendants' summary judgment motions and the parties' related standard of review and discovery arguments;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that there is good cause to stay discovery pending the Court's ruling on the Defendants' summary judgment motions, at which time the parties will, if summary judgment is not entered and further discovery is allowed, submit a joint or separate proposed, amended discovery and litigation schedule to the Court.

Dated: January 31, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By [signature]
Mary R. Vasaly (Atty # 152523)
3300 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
Telephone: (612) 672-8200

and

LAW OFFICE OF KATHERINE L. MCKINNON

Katherine L. McKinnon (Atty #170926)
3744 Huntington Ave.
St. Louis Park, MN 55416-1918
Telephone: (952) 915-9215

**ATTORNEYS FOR PLAINTIFF**

Dated: February 1, 2002

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Megan L. Anderson (Atty #248058)
Carl D. Crosby Lehmann (Atty #257345)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Telecopier: (612) 333-0066

**ATTORNEYS FOR THE CARGILL DEFENDANTS**

Dated: February 1, 2002

ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP

By [signature]
Jeffrey I. Ross (Atty # 144782)
Tricia M. Whitehill (Atty # 280203)
Troy J. Seibert (Atty #288081)
4400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 339-2020
Telecopier: (612) 336-9100

**ATTORNEYS FOR THE UNICARE DEFENDANTS**

# ORDER FOR STAY OF DISCOVERY

IT IS HEREBY ORDERED, based on the foregoing Stipulation of the parties, that (1) discovery is stayed pending the Court's ruling on the Defendants' pending motions for summary judgment; and (2) in the event that summary judgment is not entered and further discovery is allowed by the Court, the parties shall, within ten (10) days of the Court's summary judgment ruling, submit a joint or separate proposed, amended discovery and litigation schedule to the undersigned Judge.

Dated: Feb. 12, 2002

BY THE COURT

Franklin L. Noel

The Honorable Franklin L. Noel
United States District Court Chief Magistrate Judge

GP:862386 v1