UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1656(JMR/FLN)

| | | |
|---|---|---|
| Ellen Abram | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Cargill, Inc., et al. | ) | |

Defendants move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1. Based on the files and records herein, IT IS ORDERED that:

Defendants' motions for summary judgment [Docket Nos. 12 and 16] are hereby denied.

Dated: April 23rd, 2002

JAMES M. ROSENBAUM
United States District Judge

FILED APR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS