UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellen Abram,<br><br>Plaintiff,<br><br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br><br>Defendants. | Case Type: ERISA<br><br>Civil File No. 0: 01CV1656 (JMR/FLN)<br><br>**ORDER AMENDEDING PRETRIAL SCHEDULE** |

IT IS HEREBY ORDERED, that (1) the Court's Pretrial Schedule, dated October 31, 2001, is amended as set forth in the Stipulated Pretrial Schedule attached hereto as Exhibit A; and (2) the September 30, 2002, settlement and final pretrial conference referenced in the Court's Notice of Final Pretrial and Settlement Conference, dated August 23, 2002, is canceled and will be rescheduled at a later date consistent with the attached Stipulated Pretrial Schedule.

Dated: Sept 6, 2002

BY THE COURT

Franklin L. Noel

The Honorable Franklin L. Noel
United States District Court Chief Magistrate Judge

GP:917362 v1

SEP 2002
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

---

Case Type: ERISA
Civil File No.: 01CV1656 (JMR/FLN)

Ellen Abram,

Plaintiff,

vs.

Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Companies

STIPULATED PRETRIAL SCHEDULE

---

The parties by and through their respective counsel hereby stipulate to the following pretrial schedule for purposes of the above-captioned matter.

1. Discovery/Non-Dispositive Motions

a. All discovery shall be commenced in time to be completed by November 1, 2002.

b. All pre-discovery disclosures required by Rule 26(a)(1) have been completed;

c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party;

d. No more than 25 Requests for Admission shall be served by any party;

e. No more than 30 Document Requests shall be served by any party;

f. No more than 5 depositions shall be taken by any party;

g. No more than 2 Rule 35 medical examinations shall be conducted;

h. All nondispositive motions and supporting documents, including those that relate to discovery, shall be served by November 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions

EXHIBIT A

shall be scheduled, filed and serviced in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before August 1, 2002, with respect to initial experts.

2) By all parties on or before September 15, 2002, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before August 1, 2002, with respect to initial expert reports.

2) By all parties on or before October 1, 2002, with respect to rebuttal expert reports.

c. Each party may depose no more than 3 expert witnesses on or before November 7, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to January 3, 2003.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on and after April 1, 2003, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2-3 trial days.

Dated: May 6, 2002.

By: ______________________
Mary R. Vasaly (#152523)
MASLON, EDELMAN, BORMAN & BRAND, L.L.P.
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

Katherine L. MacKinnon (#170926)
ATTORNEY AT LAW
3744 Huntington Avenue
St. Louis Park, MN 55416
(952) 915-9215

Attorneys for Plaintiff

Dated: May. 7, 2002.

By: ______________________
Megan L. Anderson (#248058)
Carl Crosby Lehmann (#257345)
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
3400 City Center
33 South 6th Street
Minneapolis, MN 55402

Attorneys for Defendants

203454.1