UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ellen Abram, Civil No. 01-1656 JMR/FLN

Plaintiff,

v. **ORDER**

Cargill Inc. et al.,

Defendants.

---

Katherine MacKinnon for Plaintiff.
Carl Crosby Lehmann for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on October 7, 2002, on the parties' pre-trial motions.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Deposition of Dr. Joel Gedan [#34] is **GRANTED**; and

2. Defendants' Motion to Strike Plaintiff's Expert Reports and Preclude Expert Discovery [#38] is **DENIED**.

DATED: 10/25, 2002

Franklin L Noel
FRANKLIN L. NOEL
United States Magistrate Judge



FILED 10-28-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK