UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellen Abram,<br><br>Plaintiff,<br><br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br><br>Defendants. | Case Type: ERISA<br><br>Civil File No. 0: 01CV1656 (JMR/FLN)<br><br>**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE** |

## STIPULATION

WHEREAS, the parties have completed all discovery with the exception of a deposition of Dr. Joel Gedan sought by Plaintiff and objected to by Defendants;

WHEREAS, the Court, by the Order of Magistrate Judge Noel dated October 25, 2002 (the "Discovery Order"), granted Plaintiff's motion to compel the deposition of Dr. Gedan, but Defendants have appealed this Discovery Order;

WHEREAS, all of the briefing on Defendants' appeal of the Discovery Order has been completed, but the parties are awaiting the Court's ruling on Defendants' Discovery Order;

WHEREAS, the deposition of Dr. Gedan has not yet taken place, because the parties are awaiting the ruling on Defendants' appeal of the Discovery Order;

WHEREAS, the Order Amending Pretrial Schedule, dated September 6, 2002, requires that dispositive motions be filed and scheduled for hearing before January 3, 2002, which would require the parties to serve any summary judgment motion by December 6, 2002;

FILED DEC 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

WHEREAS, Defendants intend to bring a motion for summary judgment, but understand that Plaintiff will object to such a motion, in part, on grounds that the Dr. Gedan deposition is not completed and, therefore, summary judgment is premature;

WHEREAS, Plaintiff does not object to a short extension of the dispositive motion deadline until after the Court's ruling on Defendants' appeal of the Discovery Order and/or the conclusion of any deposition of Dr. Gedan that may be allowed by the Court's ruling on the appeal of the Discovery Order;

WHEREAS, the parties, therefore, agree that there is good cause to amend the Court's Order Amending Pretrial Schedule, dated September 6, 2002, as follows:

3. Dispositive Motions:

a. All dispositive motions shall be served no later than 30 days following the latter of (i) the date of service of the Court's ruling on Defendants' appeal of the Discovery Order or (ii) the completion of the deposition of Dr. Gedan if this deposition is allowed by the Court's ruling on Defendants' appeal of the Discovery Order.

b. Any responsive memorandum of law and supporting papers must be served no later than 30 days following the date of service of the dispositive motion, and any reply memorandum of law and supporting papers must be served no later than 10 days following the date of service of any responsive memorandum of law and supporting papers.

c. Following the service of all dispositive motion papers, the moving party shall promptly file all dispositive motion papers with the Court and schedule the dispositive motion for hearing by calling Calendar Clerk Larry Lewis at (612) 664-5053.

d. Except as set forth herein, all dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on or after June 2, 2003, at which time the case will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2-3 trial days.

Dated: December 3, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By [signature]
Mary R. Vasaly (Atty # 152523)
3300 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-4140
Telephone: (612) 672-8200

and

LAW OFFICE OF KATHERINE L. MCKINNON

Katherine L. McKinnon (Atty #170926)
3744 Huntington Ave.
St. Louis Park, MN 55416-1918
Telephone: (952) 915-9215

**ATTORNEYS FOR PLAINTIFF**

Dated: December 3, 2002

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Megan L. Anderson (Atty #248058)
Carl D. Crosby Lehmann (Atty #257345)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800
Telecopier: (612) 333-0066

**ATTORNEYS FOR DEFENDANTS**

# ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties and the Court's finding that there is good cause for an amendment, that the Court's Order Amending Pretrial Schedule, dated September 6, 2002, is amended as set forth below:

3. Dispositive Motions:

a. All dispositive motions shall be served no later than 30 days following the latter of (i) the Court's ruling on Defendants' appeal of the Discovery Order or (ii) the completion of the deposition of Dr. Gedan if allowed by the Court's ruling on Defendants' appeal of the Discovery Order.

b. Following service of dispositive motions, (i) any responsive memorandum of law and supporting papers must be served no later than 30 days following the date of service of the dispositive motion; and (ii) any reply memorandum of law and supporting papers must be served no later than 10 days following the date of service of any responsive memorandum of law and supporting papers.

c. Following the service of all dispositive motion papers, the moving party shall promptly file all dispositive motion papers with the Court and schedule the motion for hearing by calling Calendar Clerk Larry Lewis at (612) 664-5053.

d. Except as set forth herein, all dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1 See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial:

a. This case shall be ready for trial on or after June 2, 2003, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2-3 trial days.

Dated: 12/5/02

BY THE COURT

The Honorable Franklin L. Noel
United States District Court [redacted] Magistrate Judge

GP:941649 v2