AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**District of Minnesota**

Ellen Abram

V.

Cargill, Inc., et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1656 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) Plaintiff's motion to strike the affidavit of Dr. Joel Gedan is denied.
2) Plaintiff's motion for partial summary judgment is denied.
3) Defendants' motion for summary judgment is granted.

September 29, 2003
Date

RICHARD D. SLETTEN, CLERK

Jackie Mehl
(By) Jackie Mehl, Deputy Clerk