**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ellen Abram,

Plaintiff-Appellant,

vs.

Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,

Defendants-Appellees.

**Civil File No. 0: 01CV1656 (JMR/FLN)**

**NOTICE OF APPEAL**

---

**PLEASE TAKE NOTICE** that Plaintiff-Appellant Ellen Abram hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's order and judgment granting the motion for summary judgment brought by Appellee-Defendants and denying the motion for summary judgment brought by Appellant-Plaintiff which was filed and entered on the 29th day of September, 2003.

Dated: 10/29/02

By: Katherine L. MacKinnon
Katherine L. MacKinnon (170926)
ATTORNEY AT LAW
3744 Huntington Avenue
St. Louis Park, MN 55416-4918
(952) 915-9215

AND

Mary R. Vasaly (152523)
MASLON, EDELMAN, BORMAN & BRAND, L.L.P.
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
***Co-counsel for Plaintiff Ellen P. Abram***

77

FILED OCT 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS mm

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** October 30, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 01-CV-1656 JMR/FLN
Eighth Circuit Case No.:
Case Title: Ellen Abram v. Cargill et al.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
- X The statutory filing fee has been paid, receipt # 400270466.
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ______________

Modified 05/09/03