# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

CV #01-1656 JMR/FLN

No. 03-3740

| | | |
|---|---|---|
| Ellen Abram,<br><br>Appellant,<br><br>vs.<br><br>Cargill, Inc.; Cargill Inc. and Associated Companies Long Term Disability Plan; Unicare ERISA Claim Appeal Review Committee; Unicare Life and Health Insurance Company,<br><br>Appellees. | * * * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

January 24, 2005

ORDER ENTERED IN ACCORDANCE WITH OPINION

Michael E. Gans

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

APR 04 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 29, 2005

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-3740 Ellen Abram vs. Cargill, Inc.

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure

RECEIVED
BY U.S. MAIL
2005 APR -1 AM 9:21
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable James M. Rosenbaum
Mary R. Vasaly
Katherine L. MacKinnon
Megan L. Anderson
Carl Crosby Lehmann
Abigail S. Crouse

District Court/Agency Case Number(s): CIV 01-1656 JMR/FLN