UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1656(JMR/FLN)

| | | |
|---|---|---|
| Ellen Abram | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Cargill, Inc., et al. | ) | |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Pursuant to the Eighth Circuit's Opinion and Mandate, IT IS ORDERED that this case is hereby remanded to UNICARE, the plan administrator, which shall: reopen the administrative record; permit plaintiff Abram to respond to Dr. Gedan's second report; and determine whether Abram's obesity, alone, or in combination with her PPS, is totally disabling. See Abram v. Cargill, Inc., et al., Case No. 03-3740 at 9 (8th Cir., January 24, 2005).

Dated: April 7th, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge