**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ellen Abram,<br>Plaintiff,<br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br>Defendants. | Case Type: ERISA<br><br>**Civil File No. 0: 01CV1656 (JMR/FLN)**<br><br>**PLAINTIFF'S NOTICE OF INTENT TO CLAIM AN AWARD OF ATTORNEY'S FEES** |

**TO:** Defendants above-named by and through their counsel of record, Megan L. Anderson, Carl Crosby Lehmann, Abigail S. Crouse, GRAY, PLANT, MOOTY, L.L.P., 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-3796:

**PLEASE TAKE NOTICE** Plaintiff Ellen Abram hereby gives notice of her intent to claim an award of attorney's fees incurred before this Court pursuant to D. Minn. LR 54.3. Plaintiff requests an Order from the Clerk of Court setting this matter on for hearing on a fee motion in accordance with the schedule proposed below:

(1) On April 7, 2005, the United States District Court for the District of Minnesota entered judgment in favor of Plaintiff Ellen Abram based upon a decision from the United States Court of Appeals for the Eighth Circuit dated January 24, 2005 in favor of Plaintiff Abram.

(2) Plaintiff claims entitlement to her attorney's fees incurred in proceedings before this Court based upon 29 U.S.C. §1132(g).

(3) Counsel who rendered service to Plaintiff Abram and who will seek reimbursement of attorney's fees before this Court are: (1) Mary R. Vasaly of the law firm of Maslon, Edelman, Borman, and Brand, P.A.; (2) Katherine L.

MacKinnon, ATTORNEY AT LAW; and (3) Sally Mermelstein, ATTORNEY AT LAW.

(4) Because the issues as to Plaintiff's entitlement to attorney's fees are fully briefed and now pending before the Eighth Circuit relative to fees incurred on appeal under 8th Cir R. 47C, Plaintiff proposes a schedule for her motion for attorney's fees in the district court as follows:

(a) Filing of Plaintiff's motion, affidavits and memorandum in support of fees to be filed with the clerk of this Court within 14 days of a decision from the United States Court of Appeals for the Eighth Circuit regarding Plaintiff's pending fee motion;

(b) Filing of Defendants' objections concerning the motion within 10 days after the filing of Plaintiff's motion to this Court; and

(c) Filing of Plaintiff's reply to Defendants' objections within 5 days after the filing of Defendants' objections.

WHEREFORE Plaintiff above-named requests an Order from the Clerk of court in accordance with D. Minn. LR 54.3 setting the aforementioned schedule for hearing of Plaintiff's fee motion.

Dated: April 22, 2005

By: /s/Mary R. Vasaly
Mary R. Vasaly (#152523)
MASLON, EDELMAN, BORMAN & BRAND, L.L.P.
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

Katherine L. MacKinnon (MN 170926)
ATTORNEY AT LAW
3744 Huntington Avenue
St. Louis Park, MN 55416-4918
(952) 915-9215
(952) 915-9217 (fax)

***Co-counsel for Plaintiff***