THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Ellen Abram, Plaintiff, | Case Type: ERISA |
| vs. | **Civil File No. 0: 01CV1656 (JMR/FLN)** |
| Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company, Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that on April 22, 2005, I electronically filed:

**Plaintiff's Notice of Intent to Claim an Award of Attorney's Fees**

with the Clerk of Court by using the CM/ECF System which will send a Notice of Electronic Filing to the following:

Megan.Anderson@gpmlaw.com

I further certify that I mailed the foregoing document(s) and the Notice of Electronic Filing by First-Class Mail to the following non-CM/ECF participants:

N/A

Dated: April 22, 2005

**MASLON EDELMAN BORMAN & BRAND, LLP**

By s/Mary R. Vasaly
Mary R. Vasaly (#152523)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8321
Facsimile: (612)-642-8321
Attorney E-Mail: mary.vasaly@maslon.com

**ATTORNEY FOR PLAINTIFFS**