# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Cv #01-1656
JMR/FLN

No. 03-3740

| | | |
|---|---|---|
| Ellen Abram, | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| Cargill, Inc., et al., | * | |
| | * | |
| Appellees. | * | |

Appellant is awarded interim attorneys' fees in the amount of $12,000. The clerk of the district court is directed to insert these fees in previously issued mandate.

(5120-010199)

April 27, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
APR 29 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 27, 2005

Ms. Katherine L. MacKinnon
3744 Huntington Avenue
St. Louis Park, MN 55416-4918

Re: 03-3740 Ellen Abram vs. Cargill, Inc.

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc: Honorable James M. Rosenbaum, U.S. District Judge
Mary R. Vasaly
Megan L. Anderson
Carl Crosby Lehmann
Abigail S. Crouse
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1656 JMR/FLN