# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Cv #01-1656
JMR/FLN

No. 03-3740

| | | |
|---|---|---|
| Ellen Abram, | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| Cargill, Inc., et al., | * | |
| Appellees. | * | |

Appellant shall recover from appellees the sum of $932.73 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

April 27, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
APR 29 2005
U.S. DISTRICT COURT MPLS