**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ellen Abram, | Case Type: ERISA |
| Plaintiff, | **Civil File No. 0: 01CV1656 (JMR/FLN)** |
| vs. | |
| Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company, | **JOINT STIPULATION OF PARTIES TO STAY SUBMISSION OF A MOTION FOR ATTORNEY'S FEES** |
| Defendants. | |

The parties hereto through their undersigned counsel stipulate and agree as follows:

(1) This matter was remanded by the United States Court of Appeals for the Eighth Circuit with directions to this Court to remand the case to the plan administrator for further plan review of plaintiff's claim for long-term disability benefits.

(2) In accordance with the mandate of the Eighth Circuit, this court has issued an order remanding this case to the plan administrator.

(3) Pursuant to LR 54.3(2), Plaintiff filed a notice of intent to claim attorney's fees in this Court and proposed a schedule for approval by this Court for briefing and hearing on said fee motion, which schedule would be triggered by a decision from the Eighth Circuit on Plaintiff's fee petition pending in that Court.

(4) Shortly thereafter, the Eighth Circuit issued an order awarding Plaintiff fees and costs.

(5) Since that time, Plaintiff and Defendants have been in discussions regarding a strategy for proceeding on remand and have begun discussions about the possibility of exploring settlement.

(6) Plaintiff and Defendants agree that it would be beneficial if the parties could postpone a motion before this Court on the fee request until such time as they have explored possible settlement of this case.

(7) Accordingly, the parties hereto request that the Court issue an Order staying the briefing and hearing on Plaintiff's fee motion to this Court until such time as the parties notify the Court that they are ready to proceed with the briefing and hearing on Plaintiff's fee request.

Dated: May 10, 2005

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.
By: s/ Megan L. Anderson
Megan L. Anderson (#248058)
Carl Crosby Lehman (MN #257345)
Abigail S. Crouse (MN #0315187)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 632-3000
(612) 632-4444
***Counsel for Defendants***

Dated: May 10, 2005

By: s/ Katherine L. MacKinnon
Katherine L. MacKinnon (#170926)
ATTORNEY AT LAW
3744 Huntington Avenue
St. Louis Park, MN 55416-4918
(952) 915-9215 (tel)
(952) 915-9217 (fax)

and

Mary R. Vasaly
MASLON, EDELMAN, BORMAN &
BRAND L.L.P.
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200 (general)
(612) 672-8397 (fax)
***Co-Counsel for Plaintiff***