**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Ellen Abram,<br><br>Plaintiff,<br><br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br><br>Defendants. | ) | Case Type: ERISA<br><br>**Civil File No. 0: 01CV1656 (JMR/FLN)**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 10, 2005 I caused the following documents:

(1) Joint stipulation of parties to stay submission of a motion for attorney's fees.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Megan L. Anderson megan.anderson@gpmlaw.com
Mary R. Vasaly mary.vasaly@maslon.com
Katherine L. MacKinnon katemackinnon-atty@msn.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Chief Judge James M. Rosenbaum rosenbaum_chambers@mnd.uscourts.gov

And I certify that I caused a copy of the proposed order to be emailed to the following:

Megan L. Anderson megan.anderson@gpmlaw.com
Mary R. Vasaly mary.vasaly@maslon.com
Katherine L. MacKinnon katemackinnon-atty@msn.com

Dated: May 10, 2005

s/Katherine L. MacKinnon
Katherine L. MacKinnon (170926)