**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Ellen Abram,<br><br>Plaintiff,<br><br>vs.<br><br>Cargill, Incorporated, Cargill, Incorporated and Associated Companies Long Term Disability Plan, Unicare ERISA Claim Appeal Review Committee and UNICARE Life and Health Insurance Company,<br><br>Defendants. | ) | Case Type: ERISA<br><br>**Civil File No. 0: 01CV1656 (JMR/FLN)**<br><br>**ORDER STAYING TIME PERIOD FOR FILING AND HEARING PLAINTIFF'S FEE MOTION** |

Based upon the stipulation of counsel requesting a stay of the time period for filing and hearing Plaintiff's fee motion:

IT IS HEREBY ORDERED

Plaintiff's time period for filing and having heard a motion for fees in this Court is hereby stayed until such time as the parties notify the Court that they are ready to proceed with the briefing and hearing on Plaintiff's fee request.

DATED: May 16, 2005 BY THE COURT: s/James M. Rosenbaum